**95–479.** State v. Hayes. *Mahoning County*, No. 92 C.A. 77. On motion for leave to file delayed appeal. Motion denied.

**95–483.** State v. Oliver. *Lorain County*, No. 94CA005891. On motion for leave to file delayed appeal. Motion denied.

**95–484.** State v. Oliver. *Lorain County*, No. 94CA005920. On motion for leave to file delayed appeal. Motion denied.

**95–497.** State v. Williams. *Lucas County*, No. L–93–366. On motion for leave to file delayed appeal. Motion denied.

**95–499.** State v. Swisher. *Cuyahoga County*, No. 66656. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., WRIGHT and COOK, JJ., dissent.

**95–504.** State v. Zerla. *Franklin County*, No. 94APA03–350. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., WRIGHT and COOK, JJ., dissent.

**95–506.** State v. Dukes. *Franklin County*, No. 94APA06–822. On motion for leave to file delayed appeal. Motion denied.

DOUGLAS and COOK, JJ., dissent.